**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**TINA GENTRY,**

        **Plaintiff,**

**-vs-**                                 **Case No. 6:08-cv-429-Orl-22KRS**

**BLUE PARROT CATERING INC., and**
**DIANE DOWSE,**

        **Defendants.**

_____

**ORDER**

This cause is before the Court on the Joint Motion for Approval of Settlement Agreement and Dismissal With Prejudice (Doc. No. 23) filed on September 24, 2008.

The United States Magistrate Judge has submitted a report recommending that the Motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendations.

However, the Court also has for consideration a Suggestion of Bankruptcy (Doc. No. 28), filed on October 21, 2008, which states that the Defendant Diane Dowse has filed a bankruptcy petition in the United States Bankruptcy Court.

By Order of the Court (Doc. No. 29), filed October 22, 2008, this Court requested memoranda from the remaining parties on the issue of whether this action should proceed

without the bankrupt party.  Only Plaintiff responded to the Court's Order and requested that the stay not be extended to the corporate Defendant.

Therefore, it is **ORDERED** as follows:

1. Pursuant to the provisions of 11 U.S.C. § 362, this case is automatically STAYED as to Defendant Diane Dowse only.

2. The Report and Recommendation filed October 7, 2008 (Doc. No. 27) is ADOPTED and CONFIRMED as to Defendant Blue Parrot Catering, Inc. and made a part of this Order.

3. The Joint Motion for Approval of Settlement Agreement and Dismissal With Prejudice (Doc. No. 23) with respect to Defendant Blue Parrot Catering, Inc. is GRANTED.  The Settlement Agreement between Plaintiff and Defendant Blue Parrot Catering, Inc. is hereby APPROVED and this matter is DISMISSED WITH PREJUDICE as to Defendant Blue Parrot Catering, Inc.  The Court declines to reserve jurisdiction to enforce the Settlement Agreement. The Clerk is directed to terminate Blue Parrot Catering, Inc. as a party to this action.

4. The Clerk is directed terminate any pending motions and to administratively close this case.

5. Plaintiff may reinstate this action to active status, upon proper motion at the conclusion of the bankruptcy proceedings, should this suit not be resolved by those proceedings.  If this suit is resolved by the bankruptcy proceedings, Plaintiff shall promptly move for dismissal of this case.

   6. Plaintiff is directed to file and serve, on or before March 2, 2009, and every three months thereafter a status report regarding the Defendant's bankruptcy proceedings.

   7. The file and docket sheet in this case shall remain in the active files of the Orlando Division of this Court.

   **DONE** and **ORDERED** in Chambers, in Orlando, Florida on November 21, 2008.

ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record